IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LIBERTY MUTUAL FIRE INSURANCE
COMPANY                                                                                           PLAINTIFF

v.                              No. 3:24-cv-108-DPM

AMERICAN FIRE PROTECTION
GROUP, INC.                                                                                      DEFENDANT

## JUDGMENT

Liberty Mutual Fire Insurance Company's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 August 2025